IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

        Plaintiff,                    No. CIV S-08-0661 LKK GGH P

    vs.

R. CLAYTON, et al.,

        Defendants.           ORDER

                              /

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By Order, filed on May 5, 2009, plaintiff's claims against a number of the defendants were dismissed but plaintiff was granted leave to amend. Plaintiff has filed an amended complaint.

        The amended complaint states a cognizable claim for relief as to some claims pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. By separate order, the court recommends dismissal of some of the defendants.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: P.D. Palmer, M.C. Kramer, R. Clayton, N. Grannis.

\\\\\

1    2. The Clerk of the Court shall send plaintiff four (4) USM-285 forms, one
2 summons, an instruction sheet and a copy of the amended complaint filed June 1, 2009.
3    3. Within thirty days from the date of this order, plaintiff shall complete the
4 attached Notice of Submission of Documents and submit the following documents to the court:
5       a. The completed Notice of Submission of Documents;
6       b. One completed summons;
7       c. One completed USM-285 form for each defendant listed in number 1
8       above; and
9       d. Five (5) copies of the endorsed amended complaint filed June 1, 2009.
10    4. Plaintiff need not attempt service on defendants and need not request waiver of
11 service.  Upon receipt of the above-described documents, the court will direct the United States
12 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
13 without payment of costs.
14 DATED: October 8, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
brow0661.1am

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   TERRENCE BROWNLEE,
11           Plaintiff,                    No. CIV S-08-0661 LKK GGH P
12       vs.
13   R. CLAYTON, et al.,                   NOTICE OF SUBMISSION
14           Defendants.                   OF DOCUMENTS
15   _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18            1       completed summons form
19            4       completed USM-285 forms
20            5       copies of the June 1, 2009 (docket # 14)
                                    Amended Complaint
21   DATED:
22
23                                         _____
                                                     Plaintiff
24
25
26
```