IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                     No. CIV S-08-0661 LKK GGH P

    vs.

R. CLAYTON, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 8, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 8, 2009, are adopted in full; and

2. The case is dismissed without prejudice as to all defendants. Plaintiff is given thirty (30) days from service of this order to file an amended complaint.

3. If plaintiff chooses to file an amended complaint, he must set forth in detail how defendants' actions or failures to act deprived him of his constitutional rights. Specifically, he must articulate <u>for each defendant</u> (1) the specific actions or failures to act; and (2) how these specific actions or failures to act harmed plaintiff. Plaintiff must explain all relevant incidents by reference to specific facts as to how each defendant harmed him.

DATED: December 23, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT