IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

        Plaintiff,                    No. CIV S-08-0661 LKK GGH P

   vs.

R. CLAYTON, et al.,

        Defendants.             <u>ORDER</u>

/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On May 18, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Sahota and Kansiner was returned unserved because "per facility, not employed." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff 2 USM-285 forms, along

1 with an instruction sheet and a copy of the second amended complaint filed January 8, 2010;

2    2. Within sixty days from the date of this order, plaintiff shall complete and

3 submit the attached Notice of Submission of Documents to the court, with the following

4 documents:

5    a. One completed USM-285 form for each defendant;

6    b. Three copies of the endorsed complaint filed January 8, 2010; and

7    c. One completed summons form (if not previously provided)

8 or show good cause why he cannot provide such information.

9 DATED: July 19, 2010

         /s/ Gregory G. Hollows

         GREGORY G. HOLLOWS
         UNITED STATES MAGISTRATE JUDGE

GGH:md
brow0661.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

     Plaintiff,                      No. CIV S-08-0661 LKK GGH P

     vs.

R. CLAYTON, et al.,

     Defendants.            <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____     completed summons form

     _____     completed USM-285 forms

     _____     copies of the _____
                               Complaint/Amended Complaint

DATED:

                                      _____
                                      Plaintiff