IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

        Plaintiff,                    No. CIV S-08-0661 LKK GGH P

   vs.

R. CLAYTON, et al.,

        Defendants.            ORDER

_____/

        Plaintiff has once again requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the
2  appointment of counsel (Docket No. 50) is denied.
3  DATED: October 25, 2010
4
5  /s/ Gregory G. Hollows
   _____
6  GREGORY G. HOLLOWS
   UNITED STATES MAGISTRATE JUDGE
7  GGH:mp
   brow0661.31(2)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26