IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,               No. CIV S-08-0661 LKK GGH P

    vs.

R. CLAYTON, et al.

    Defendant.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Pursuant to the order, filed on March 29, 2012, adopting the findings and recommendations of the undersigned, filed on August 12, 2011, with respect to defendants' motions to dismiss, this action now proceeds as to defendants Clayton, Kansier and Sahota solely on plaintiff's claim that they were deliberately indifferent to plaintiff's serious medical condition when the chrono restriction indicating that plaintiff was not to have to get down during alarms was removed.

        Accordingly, IT IS ORDERED that defendants Clayton, Kansier and Sahota must file their answer to the modified claims within thirty days of the filed date of this order.

DATED: April 3, 2012

                              /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:009/brow0661.ord