1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TERRENCE BROWNLEE,

11          Plaintiff,                    No. 2:08-cv-0661 LKK GGH P

12          vs.

13    R. CLAYTON, et al.,

14          Defendants.              ORDER

15    _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On June 20, 2012, the magistrate judge filed findings and recommendations

20    herein which were served on all parties and which contained notice to all parties that any

21    objections to the findings and recommendations were to be filed within fourteen days.  Neither

22    party has filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26    /////

1

1          1.  The findings and recommendations filed June 20, 2012, are adopted in full;

2          2.  Plaintiff's motion for a temporary restraining order/preliminary injunctive

3    relief, filed on June 18, 2012 (docket # 88), is denied.

4    DATED:  August 3, 2012.

LAWRENCE  K.  KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT