IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                      No. 2:08-cv-0661 LKK AC P

   vs.

R. CLAYTON, et al.,

    Defendants.          <u>ORDER</u>

_____/

      Plaintiff has filed his second request for an extension of time to file an opposition to the November 2, 2012 motion for summary judgment. Good cause appearing, the motion will be granted.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's December 5, 2012 (Doc. No. 98) motion for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file his opposition.

DATED: December 11, 2012.

                                   /s/ Allison Claire
                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE

AC:009/mp brow0661.36sec