1

2

3

4

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   TERRENCE BROWNLEE,

12            Plaintiff,            No. 2:08-cv-0661 LKK AC P

13       vs.

14   R. CLAYTON, et al.,

15            Defendants.           ORDER

16   _____/

17            Plaintiff has requested the appointment of counsel.  The United States Supreme

18   Court has ruled that district courts lack authority to require counsel to represent indigent

19   prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

20   certain exceptional circumstances, the court may request the voluntary assistance of counsel

21   pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

22   Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, as the court

23   has stated previously (Doc. No. 92), the issues are relatively straightforward and expert

24   assistance is not required.  Therefore, the court does not find the requisite exceptional

25   circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2  appointment of counsel (Docket No. 100) is denied.

3  DATED: January 14, 2013.

4

5                                          ALLISON CLAIRE
                                           UNITED STATES MAGISTRATE JUDGE
6

7

AC:md
8   brow0661.31

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26